UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JAMES WALKER,                        :
                                            Civil Action No. 08-1378 (DMC)
            Petitioner,              :

    v.                               :          O R D E R

MICHELLE RICCI, et al.,              :

            Respondents.             :

Pro se petitioner, James Walker, filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, on or about March 17, 2008. On May 13, 2008, this Court entered an opinion and order to show cause, directing Petitioner to show cause as to why his petition should not be dismissed, without prejudice, for failure to exhaust state court remedies (docket entries 2 and 3). On June 10, 2008, Petitioner filed a letter (docket entry 4) concerning exhaustion and requesting that this Court stay and abey his habeas petition pending exhaustion. It appears that Respondents have not been served with the letter or the underlying habeas petition. Accordingly, in order to ensure that the Respondents may be heard on the Petitioner's request for a stay,

    IT IS on this _13_ day of ___June___, 2008,

    ORDERED that the Clerk of the Court shall serve copies of all documents docketed in this matter upon Respondents; and it is further

ORDERED that Respondents must submit an appearance and a response to Petitioner's letter concerning exhaustion and requesting a stay within thirty days of receipt.

_____
DENNIS M. CAVANAUGH
United States District Judge